Christopher Rusby, Esq. NSB #11452
RUSBY CLARK, PLLC
36 Stewart Street
Reno, Nevada 89501
(775) 409-4037

Attorney for Plaintiff
PAUL LONGSHORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LONGSHORE,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY; and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:14-cv-00569-MMD-VPC<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S FAIR HOUSING ACT CLAIMS** |

Plaintiff PAUL LONGSHORE, by and through his undersigned counsel, and defendant WASHOE COUNTY, by and through its undersigned counsel, hereby stipulate and agree that Plaintiff's Second Claim for Relief (Violations of Fair Housing Act 42 U.S.C. § 3601, et seq.) and Third Claim for Relief (Violations of Nevada Fair Housing Law – NRS 118.100), as alleged in Plaintiff's First Amended Complaint (Doc. #6), shall be dismissed with prejudice. This stipulation shall in no way affect Plaintiff's remaining claims for relief.

Dated: April 1, 2015.

| | |
|---|---|
| WASHOE COUNTY DISTRICT ATTORNEY | RUSBY CLARK, PLLC |
| /s/ Jennifer L. Gustafson<br>Jennifer L. Gustafson<br>*Attorney for Defendant* | /s/ Christopher Rusby<br>Christopher M. Rusby<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

DATED: ___April 6,_____, 2015.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Rusby Clark, PLLC and that on February 25, 2015, I filed the within **STIPULATION FOR DISMISSAL OF PLAINTIFF'S FAIR HOUSING ACT CLAIMS** through the CM/ECF system with the United States District Court, who will send notice to the following:

Jennifer L. Gustafson
Washoe County Deputy District Attorney
P.O. Box 11130
Reno, NV 89520-0027
jgustafson@da.washoecounty.us
*Attorney for defendant*

              /s/ Christopher Rusby