UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL LONGSHORE,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>WASHOE COUNTY; and DOES 1 through 10,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-00569-MMD-VPC<br><br>ORDER |

Before the Court are Defendant's Motion to Dismiss First Amended Complaint ("Defendant's Motion") (dkt. no. 11) and Plaintiff's Motion for Leave to Amend Complaint (dkt. no. 31). Plaintiff asserts that he is seeking leave to amend his complaint to add additional allegations to cure deficiencies identified in Defendant's Motion and to add two additional defendants. Defendant responds that it cannot in good faith oppose leave to amend. Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave [to amend]when justice so requires." In light Plaintiff's admission that his First Amended Complaint may be deficient and the early phase of discovery in this case, justice requires the Court grant Plaintiff leave to amend.

It is therefore ordered that Plaintiff's Motion for Leave to Amend Complaint (dkt. no. 31) is granted. It is further ordered that Defendant's Motion to Dismiss First Amended Complaint (dkt. no. 11) is denied as moot

DATED THIS 9th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE