1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   JENNIFER L. GUSTAFSON
3  Deputy District Attorney
   Nevada State Bar Number 12589
4  P.O. Box 11130
   Reno, NV  89520-0027
5  (775) 337-5700

6  ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| PAUL LONGSHORE, | |
|---|---|
| Plaintiff, | Case No.:  3:14-cv-00569-MMD-VPC |
| vs. | |
| WASHOE COUNTY, *et. al.*, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Come now plaintiff Paul Longshore and defendants Washoe County, Tim Kuzanek and Darin Balaam, by and through counsel, Jennifer L. Gustafson, Deputy District Attorney, and hereby stipulate to the dismissal of this action in its' entirety, and all claims against all defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a).

//

//

//

//

//

//

-1-

Each party shall bear their own attorney's fees and costs, except as specifically provided in the settlement agreement executed by the parties herein.

Dated this 25th day of January, 2016.

  /s/ Christopher Rusby
CHRISTOPHER RUSBY, ESQ.
RUSBY CLARK, PLLC
36 Stewart Street
Reno, Nevada  89501

ATTORNEY FOR PLAINTIFF

Dated this 25th day of January, 2016.

CHRISTOPHER J. HICKS
District Attorney

By:   /s/ Jennifer L. Gustafson
      JENNIFER L. GUSTAFSON
      Deputy District Attorney

      MARY KANDARAS
      Deputy District Attorney
      P.O. Box 11130
      Reno, Nevada  89520
      (775) 337-5700

ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED.

Dated: __January 25, 2016__   _____
                              U.S. District Judge

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Christopher Rusby, Esq.

Dated: January 25, 2016.

/s/ T. Galli
T. Galli

-3-